UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO "TONY" VERA, an individual, | Case No. 2:15-cv-00874 AJW |
| Plaintiff, | ORDER TO DISMISS CASE WITH PREJUDICE |
| v. | |
| CON-WAY FREIGHT, INC., a Delaware Corporation, JUAN PUENTES, an individual, and DOES 1 through 25, inclusive, | |
| Defendants. | |
| CON-WAY FREIGHT, INC., a Delaware corporation, | Complaint Filed: December 31, 2014<br>First Amd. Comp. Filed: July 24, 2015<br>Trial Date: March 15, 2016 |
| Counter-Complainant, | |
| v. | |
| ANTONIO "TONY" VERA, an individual, | |
| Counter-Defendant. | |

[PROPOSED] ORDER

20880394v.1

1  Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice of All
2  Parties' Claims Pursuant to Federal Rule of Civil Procedure 41(A)(1)(A)-(B) filed on
3  October 2, 2015, and for good cause shown, this case, including Plaintiff's First
4  Amended Complaint and Defendant's Counter-Complaint,  is DISMISSED in its entirety
5  WITH PREJUDICE.  Each party shall bear its own fees and costs.

DATED:   October 6, 2015

_____
The Honorable Andrew J. Wistrich
UNITED STATES DISTRICT JUDGE